**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (306499)
yana@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**BLC LAW CENTER, APC**
Ahren A. Tiller, Esq. (250608)
ahren.tiller@blc-sd.com
1230 Columbia Street, Ste. 110
San Diego, CA 92101
Telephone: (619) 894-8831
Facsimile: (619) 444-7026

*Attorneys for Plaintiff,*
Joyce Marie Large

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MARIE LARGE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | **Case No.:** 16-cv-2198 GPC (BGS)<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. GONZALO P. CURIEL** |

Plaintiff JOYCE LARGE ("Plaintiff"); Defendants BANK OF AMERICA, NATIONAL ASSOCIATION; and, EXPERIAN INFORMATION SOLUTIONS, INC. (collectively "Defendants"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal of this Action pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

Plaintiff and Defendants hereby jointly move to dismiss this action WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: April 27, 2017                                   **KAZEROUNI LAW GROUP, APC**

                                          By:  /s Matthew M. Loker_____
                                               MATTHEW M. LOKER, ESQ.
                                               ATTORNEY FOR PLAINTIFF

                                                    **MCGUIREWOODS LLP**

                                          By:  ___s/ Raymond W. Berry__
                                               RAYMOND W. BERRY, ESQ.
                              ATTORNEY FOR BANK OF AMERICA. NATIONAL ASSOCIATION

                                                          **JONES DAY**

                                          By:  ___s/ Douglas L. Clark__
                                               DOUGLAS L. CLARK, ESQ.
                               ATTORNEY FOR EXPERIAN INFORMATION SOLUTIONS, INC.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case # 16-cv-2198 GPC (BGS)          1 of 2          *Large v. Bank of America, N.A., et al.*
**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Date: April 27, 2017                                   **KAZEROUNI LAW GROUP, APC**

                                                       By:  /s Matthew M. Loker
                                                            MATTHEW M. LOKER, ESQ.
                                                            ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**Case # 16-cv-2198 GPC (BGS)**            **2 of 2**            *Large v. Bank of America, N.A., et al.*
**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**